UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SEAN WOODWARD,
                          Plaintiff,

      v.                                                 9:18-CV-0083
                                                                     (DNH/DJS)
CORRECTIONAL OFFICER GORI, *et al*.,
                          Defendants.
_____

**APPEARANCES:**                                **OF COUNSEL:**

SEAN WOODWARD
Plaintiff, *pro se*
28 South Georgia Avenue, #223
Atlantic City, New Jersey 08401

HON. LETITIA JAMES                     RACHAEL OUIMET, ESQ.
Attorney General of the State of New York   Assistant Attorney General
Attorney for Defendant
The Capitol
Albany, New York 12224

**DANIEL J. STEWART**
**United States Magistrate Judge**

# ORDER

As part of the Court's previous directive Counsel for the New York State Department of Corrections and Community Supervision ("DOCCS") was instructed to provide to chambers the personnel files for Defendants. *See* Dkt. No 143. The Bate-stamped personnel files of James Gori, David Bidwell, Jr., Jeff Juliano, Kyle Cituk, and Sgt Paul Geleta were thereafter provided to the Court in hard copy form. The *in camera* review of these personnel files has now been completed. With regard to Defendants

Bidwell, Juliano, Cituk and Geleta, the personnel file review by the Court did not reveal any proportionally relevant information or impeachment material. No pages from those personnel files, therefore, need be disclosed. With regard to the personnel file of Defendant Gori, the Court directs that the following pages from that file be copied and provided to Plaintiff: Gori 42, 83, 165, 172, 179, 180, 181 & 183.

The Court directs that Defendants' Counsel immediately retrieve from the Court's Courtroom Deputy, Ganli M. Demyttenaere, the above referenced personnel files.

**IT IS SO ORDERED**

Dated: October 26, 2023
      Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge